UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * *

Edward Ehrmantraut, and
Jean Ehrmantraut, his wife,

          Plaintiff,

vs.

Bayer Corporation, Bayer
Healthcare Pharmaceuticals, Inc.,
as Successor in Interest of Bayer
Pharmaceuticals Corporation,
and Bayer Schering Pharma AG,
as Successor in Interest of
Bayer Healthcare AG,

          Defendants.

ORDER ADOPTING
REPORT AND RECOMMENDATION

Civ. No. 10-163 (MJD/RLE)

* * * * * * * * * * * * * * * * *

Based upon the Report and Recommendation of United States Magistrate Judge Raymond L. Erickson, and after an independent review of the files, records and proceedings in the above-titled matter, **IT IS ORDERED**:

That this action be dismissed, without prejudice, for failure to comply with this Court's Order of June 1, 2010, for failure to effect proper service on the Defendants, and for lack of prosecution.

DATED: August 31, 2010            s/Michael J. Davis
At Minneapolis, Minnesota       Michael J. Davis, Chief Judge
                                             United States District Court